CAC–District Counsel, Esq., Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Robbin K. Blaya, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

## MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**Fernando MIRANDA–MAMHUA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–74209.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Fernando Miranda–Mamhua, Santa Barbara, CA, pro se.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, John S. Hogan, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

## MEMORANDUM**

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**

Bonnie G. SNAVELY, Plaintiff—Appellant,

v.

Douglas E. MILLER, Yellow Stone Fly "Yellow Stone," LLC, Debtors—Appellees,

Office of the U.S. Trustee, U.S. Trustee's Office, Trustee—Appellee.

No. 04–35814.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 10, 2006.

Decided Jan. 30, 2006.

James A. Patten, Esq., Patten, Peterman, Bekkedahl & Green, Billings, MT, for Plaintiff–Appellant.

Jon R. Binney, Esq., Milodragovich Dale & Dye, PC, Missoula, MT, Gary S. Deschenes, Esq., Deschenes Law Office, Quentin M. Rhoades, Great Falls, MT, for Debtors–Appellees.

Daniel P. McKay, Esq., Office of the United States Trustee, Great Falls, MT, for Trustee–Appellee.

Before: KLEINFELD and GRABER, Circuit Judges, and RAFEEDIE,* District Judge.

MEMORANDUM **

Bonnie G. Snavely appeals the bankruptcy court's order that enjoins her from pursuing state law easement claims against Douglas Miller and his successor in interest, Yellow Stone Fly "Yellow Stone", LLC, and awards sanctions against her for bringing such claims. The district court affirmed the bankruptcy court. We affirm in part and dismiss in part.

The bankruptcy court ordered that Snavely dismiss with prejudice her state law easement claims within ten days of the order. Rather than appeal the order, she complied.

Under Montana law, a dismissal with prejudice has full res judicata effect, and a party cannot later bring the same cause of action.[1] Even if the bankruptcy court's order were reversed, this court would have no authority to order the Montana court to allow Snavely to re-file. Accordingly, the appeal of the bankruptcy court's injunction must be dismissed as moot.[2]

The award of sanctions was not an abuse of discretion because the Bankruptcy Court found bad faith and abusive litigation tactics on the part of Snavely, and it is

---

* The Honorable Edward Rafeedie, Senior United States District Judge for the Central District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

1. *First Call, Inc. v. Capital Answering Serv., Inc.,* 271 Mont. 425, 898 P.2d 96 (1995); *State ex rel. City of Havre v. Dist. Court of 12th Judicial Dist.,* 187 Mont. 181, 609 P.2d 275, 278 (1980), *overruled on other grounds by Cantrell v. Henderson,* 221 Mont. 201, 718 P.2d 318, 320–21 (1986).

2. *See Foster v. Carson,* 347 F.3d 742, 745 (9th Cir.2003) (describing the doctrine of mootness).